# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  )  **Plaintiff,** )  )  vs. )  )  **ABEL LINARES,** )  )  **Defendant.** ) | **8:05CR252**  **ORDER** |

This matter is before the court on defendant's motion to continue trial (#63). The defendant has not complied with NECrimR 12.1 and has not shown good cause for a continuance. The December 27, 2005 trial date was set over five weeks ago, defendant Linares has already been given three continuances (*see* Orders 35, 46 & 56), and the parties have been afforded ample time to conduct plea negotiations.

**IT IS ORDERED** that the motion to continue trial (#63) is denied.

**DATED December 15, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**