IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:05CR252 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| ABEL LINARES, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 149);

2. Upon initial review, the Court summarily denies the Defendant's claims raised in the § 2255 motion, and the motion (Filing No. 149) is summarily denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 15th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge