IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO.  8:05CR252 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **ABEL LINARES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 155).

Because the Court previously denied the Defendant a certificate of appealability, the motion is denied as moot.

IT IS ORDERED that the Defendant's motion for leave to proceed in forma pauperis (Filing No. 155) is denied as moot.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge